IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

DONALD D. CULLINS,                        )
                                          )
     Plaintiff,                         )
                                          )
vs.                                       )        2:05-cv-00279-B
                                          )        [WO]
JO ANNE B. BARNHART,                      )
COMMISSIONER OF SOCIAL SECURITY,          )
                                          )
     Defendant.                         )

## ORDER ON MOTION

Submitted now is the *Defendant's Motion to Remand* (Doc. 18, filed Nov. 2, 2005), the supporting memorandum (Doc. 19, filed Nov. 2, 2005) and *Plaintiff's Response to Defendant's Motion to Remand* (Doc.  21 , filed Nov. 7, 2005).

For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the Plaintiff's advisement  that he "has no objection to the proposed remand to the Commissioner for a new hearing before an administrative law judge",  it is hereby

**ORDERED** that the *Motion* (Doc. 18 ) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further administrative proceedings.

---

[1]Upon receipt of the remand order, "the Appeals Council will remand this case to the Administrative Law Judge (ALJ) for further development of Plaintiff's insured status...for consideration of the additional medical evidence to the District Court and for supplemental evidence from medical experts (both orthopedic and psychiatric) and a vocational expert, as needed". (*Def's Mem.* at 1)(Doc. 19).

The final judgment requested in the supporting memorandum will be entered.[2]

Done this 10TH day of November, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[2]Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2).