IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD D. CULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-00279-B |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the *Order* entered on November 10, 2005, granting Defendant's motion to remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. §405(g), it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, is hereby entered in favor of Plaintiff, Donald D. Cullins, and against the Defendant, Commissioner of Social Security, and this case is **REMANDED** to the Commissioner.

Done this 14th day of November, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE