IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD D. CULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:05-cv-00279-B |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On November 14, 2005, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g).  (Docs. 22 and 23).  Submitted now is the Plaintiff's uncontested[1] *Application for Attorney Fees Under the Equal Access to Justice Act (EAJA)* filed with a supporting brief and other documentation on December 13, 2005 (Doc. 24).

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412,  Plaintiff seeks a total award of *$5,816.32,* itemized as follows: $5,458.89 for attorney's fees to counsel of record, John F. Cameron, at an hourly rate of $150.59;[2]  $107.43 as expenses for photocopying and

---

[1]The Commissioner "has no objection to Plaintiff's request for attorney fees and expenses under the EAJA in the amount of $5,566.32." The Commissioner "agrees Plaintiff should be compensated for the filing fee of $250.00" and properly notes that such is not an expense but rather a cost payable from the Judgment Fund administered by the United States Treasury.  Thus, the Commissioner "requests that the Plaintiff be awarded attorney fees and expenses in the amount of $5,566.32, and reimbursed for the filing fee of $250.00." *(Defendant's Response* , Doc. 26, filed Dec. 29, 2005).

[2]Plaintiff's fee itemization reflects a total of 36.25  hours of services rendered between February 3, 2005  and December 12, 2005. (Doc. 24).

postage; and $250.00 as costs for filing fees. The court finds that Plaintiff's motion is timely filed and that he is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that pursuant to the *Order* and *Judgment* filed November 14, 2005 the court remanded this case for further consideration pursuant to *sentence four* of 42 U.S.C. §405(g). Plaintiff has documented increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation. Plaintiff's claim for costs is also reasonable.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the *Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (EAJA)*(Doc. 24) is **GRANTED** as follows:

1. Plaintiff's application for an award of attorney's fees is GRANTED in the total amount of $5,566.32; and

2. Plaintiff's application for reimbursement of the filing fee is GRANTED in the total amount of $250.00 as a judgment for costs.

DONE this 3rd day of January, 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE